The Honorable Barbara J. Rothstein

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

DIVYA GAUTAM, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

KATY ELAINE, INC. d/b/a CADEN LANE,

Defendant.

Case No. 2:26-cv-03155-BJR

**ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES**

THIS MATTER comes before the Court on the parties' Stipulated Motion to Extend Case Deadlines. Having considered the stipulated motion and the record in this matter, and finding good cause, the Court hereby ORDERS:

1. Defendant Katy Elaine, Inc. d/b/a Caden Lane's deadline to answer or otherwise respond to Plaintiff's Complaint is extended by 30 days, from October 12, 2026 to **November 11, 2026**.
2. The parties' existing deadlines to conduct their Federal Rule of Civil Procedure 26(f) conference, exchange initial disclosures, and submit their Joint Status Report and discovery plan are each **extended by 30 days from their current deadlines**.



BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

**IT IS SO ORDERED.**

DATED this 5th day of October, 2026.

Barbara J. Rothstein

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

BAKER & HOSTETLER LLP

*s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey, WSBA # 59746
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1114
Email: cbrandfieldharvey@bakerlaw.com

Lisa A. Houssiere*
811 Main Street, Suite 1100
Houston, TX 77002
Tel: (713) 646-1318
Email: lhoussiere@bakerlaw.com

**Application for admission pro hac vice forthcoming*

*Attorneys for Defendant Katy Elaine, Inc. d/b/a Caden Lane*

*s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. 46971
Raina C. Borrelli*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

raina@straussborelli.com
Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff*
Andrew K. Murray*
STRANCH, JENNINGS &
GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

**Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiff Divya Gautam and Putative Class*